**Order entered May 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01114-CV

### SCOTT FRENKEL, Appellant

### V.

### STEPHEN COURTNEY, M.D., ET AL., Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-03470-2016

### ORDER

Before the Court is appellant's May 6, 2022 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 20, 2022**.

/s/    KEN MOLBERG
        JUSTICE